UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK SLADE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 12-0570** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "G" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Derrick Slade's 42 U.S.C. § 1983 claims against the defendant Orleans Parish Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __4th__ day of _____June_____, 2013.

                                                                       *Nannette Jolivette Brown*
                                                                        **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that while the plaintiff did not file objections to the Report and Recommendation, the record reflects that notification was sent to the plaintiff, returned as undeliverable, resent, and again returned as undeliverable. *See* Rec. Doc. Nos. 6, 7. However, "[e]ach attorney and pro se litigant has a continuing obligation to notify the court of any address or telephone change." LR 11.1. Further, "[t]he failure of an attorney or pro se litigant to notify the court of a current e-mail or postal address may be considered cause for dismissal for failure to prosecute when a notice is returned to the court because of an incorrect address and no correction is made to the address for a period of 35 days from the return." LR 41.3.1.